1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY HINES,

12            Petitioner,                        No. CIV S-08-CV-1415 GEB CHS P

13        vs.

14   D.K. SISTO,[1]

15            Respondent.                        ORDER

16   _____/

17            Petitioner, Larry Hines, is a state prisoner proceeding pro se with a petition for writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is currently serving an indeterminate

19   sentence of thirty-six years to life following his 1981 guilty plea to forcible rape with a penalty

20   enhancement for use of a deadly weapon and his 1982 jury conviction for first degree murder with

21   penalty enhancements for use of a deadly weapon and a prior violent felony.  Here, Petitioner does

22   not challenge the constitutionality of his convictions, but rather, the execution of his sentence, and

23   specifically, the February 14, 2007 decision by the Board of Parole Hearings (the "Board") finding

24

25            [1] Gary Swarthout is substituted for his predecessor, D.K. Sisto, as the current acting
     warden at California State Prison, Solano, where Petitioner is currently incarcerated, pursuant to
26   FED. R. CIV. P. 25(d).

                                              1

1  him unsuitable for parole.

2  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

3  § 636(b)(1)(B) and Local Rule 302.  On December 20, 2010, the magistrate judge filed findings and

4  recommendations herein which recommended that the petition be denied because there was "some

5  evidence" in the record demonstrating that, at this time of his 2007 parole suitability hearing,

6  Petitioner posed an unreasonable risk of danger to society and was thus unsuitable for parole.

7  *Hayward v. Marshall*, 603 F.3d 546, 562 (9th Cir. 2010) (citing *In re Rosenkrantz*, 29 Cal.4th 616

8  (2002)).  On January 24, 2011, subsequent to the issuance of the findings and recommendations, the

9  United States Supreme Court issued its opinion in *Swarthout v. Cook*, No. 10-333, slip op. at 6 (U.S.

10  Jan. 24, 2011), holding that while California prisoners possess a state created, federally protected

11  liberty interest in parole, California's "some evidence" requirement is not a component of that

12  liberty interest.  To the contrary, the protection afforded by the federal due process clause to

13  California parole decisions consists solely of the "minimal" procedural requirements set forth in

14  *Greenholtz*, specifically, "an opportunity to be heard and . . . a statement of the reasons why parole

15  was denied." *Id*. at 4-5.  *See also Greenholtz*, 442 U.S. at 16.

16  Accordingly, IT IS HEREBY ORDERED that the findings and recommendations

17  filed December 20, 2010 are VACATED.  New findings and recommendations are forthcoming.

18  DATED:  January 27, 2011

19

20  CHARLENE H. SORRENTINO
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

2